THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA HARRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W COLVIN,<br><br>Defendant. | CASE NO. C15-0274 JCC<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

This matter comes before the Court on Magistrate Judge Donohue's Report and Recommendation (Dkt. No. 17). The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3)     The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

//

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE - 1

1    DATED this 8th day of December 2015.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE - 2