THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA HARRINGTON, | CASE NO. C15-0274-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees pursuant to 42 U.S.C. § 406(b) (Dkt. No. 22). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion. The Court ORDERS that Plaintiff's attorney, Amy Gilbrough, is awarded an attorney fee of $5,315.25, pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received $2,797.85 under the Equal Access to Justice Act, leaving a remaining fee of $2,517.40. Social Security is directed to send $2,517.40 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute. The check shall be mailed to Amy Gilbrough at the following address: 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

\\
\\

1       DATED this 29th day of August, 2017.

                                                                         John C. Coughenour
                                                                         UNITED STATES DISTRICT JUDGE